# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0017. IN THE INTEREST OF: E.W., A CHILD (MOTHER).**

Applicant has filed a motion to strike a portion of Exhibit 4, explaining that she inadvertently uploaded that portion when filing her application. The motion is hereby GRANTED. In evaluating the application, and we have not considered the relevant portion.

Upon consideration of the merits, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/23/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*